# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-10-2170-R**                                              **DATE: SEPT. 22, 2010**

**TITLE: MERITUS PAYMENT SOLUTIONS INC -V- FOR YOUR SMILES ONLY LLC**
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                                              <u>  N/A   </u>
**Deputy Clerk**                                                                   **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                                 Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON OCTOBER 4, 2010 AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF DEFENDANTS TO FILE AN ANSWER OR PLAINTIFFS TO OBTAIN ENTRY OF DEFAULT OF DEFENDANTS.  PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                                             Initials of Deputy Clerk __WH__
**CIVIL - GEN**                                            D-M