JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MERITUS PAYMENT SOLUTIONS, INC., | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CASE NO. CV 10-2170-R |
| vs. | ) ) | ORDER AND JUDGMENT |
| FOR YOUR SMILES ONLY, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

This action comes before the Court upon the entry of default against Defendant For Your Smiles Only, LLC on September 24, 2010, the entry of default against Defendant Patrick Terry on October 15, 2010, and Plaintiff's October 28, 2010 motions for entry of default judgment against these two Defendants under Federal Rule of Civil Procedure 55(b)(2).

Plaintiff has complied with the procedural requirements of Federal Rule of Civil Procedure 55 and Local Rule 55-1. Furthermore, this Court has considered the factors enumerated in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986), and determined that granting a default judgment is appropriate.

The facts alleged in the Complaint, taken as true, establish that Defendant Terry is liable

for conversion, fraud, and negligent misrepresentation. Plaintiff's requested relief is appropriate pursuant to the well-pleaded allegations in the Complaint. As such, judgment is entered against Defendant Terry in the amount of $346,677.80. Plaintiff is entitled to post-judgment interest pursuant to 28 U.S.C. § 1961(a) "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System" for the calendar week preceding November 15, 2010. 28 U.S.C. § 1961. This interest shall accrue from November 15, 2010, until the date this Judgment is paid to Plaintiff.

Further, the facts alleged in the Complaint, taken as true, establish that Defendant For Your Smiles Only, LLC, breached the Merchant Agreement with Plaintiff. Plaintiff's requested relief is appropriate pursuant to the well-pleaded allegations in the Complaint. As such, judgment is entered against Defendant in the amount of $632,372.58, consisting of $285,694.78 for breach of contract and $346,677.80 for conversion, fraud, and negligent misrepresentation.

Pursuant to Cal. Civil Code § 3289, Plaintiff is entitled to 10% prejudgment interest for its breach of contract damages, from March 25, 2010 until November 15, 2010.

Plaintiff is further entitled post-judgment interest pursuant to 28 U.S.C. § 1961 "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System" for the calendar week preceding November 15, 2010. 28 U.S.C. § 1961. This interest shall accrue from November 15, 2010, until the date this Judgment is paid to Plaintiff.

It is further ordered that Plaintiff is not entitled to punitive damages and that Plaintiff is to bear its own costs.

IT IS HEREBY ORDERED that Judgment is entered against Defendants For Your Smiles Only, LLC, and Terry Patrick.

Dated: March 7, 2011.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE